1
2
3
4
5
6
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10  JAMES DOUGLAS CLINTON, JR.,

11          Petitioner,                    No. 2:09-cv-1273 JFM (HC)

12      vs.

13  EDMUND G. BROWN, JR.,

14          Respondent.                    ORDER
15  _____/

16          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17  habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not filed a request to proceed in

18  forma pauperis or paid the filing fee.

19          The application attacks a conviction issued by the Alameda County Superior

20  Court. (Petition, at 7-13.)  While both this Court and the United States District Court in the

21  district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit

22  Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of

23  petitioner's application are more readily available in Alameda County. Id. at 499 n.15; 28 U.S.C.

24  § 2241(d).

25  /////
26  /////

1

1       Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this
2 matter is transferred to the United States District Court for the Northern District of California.
3 DATED: May 26, 2009.

                                               UNITED STATES MAGISTRATE JUDGE

/kly;001
clin1273.108